WILLIAM R. TAMAYO, SBN 084965
DAVID F. OFFEN-BROWN, SBN 063321
CINDY O'HARA
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5658
Facsimile No. (415) 625-5657
Attorneys for Plaintiff

ALAN J. REINACH, SBN 196899
CHURCH STATE COUNCIL
2686 Townsgate Road
Westlake Village, CA 91361
805-413-7398
Facsimile: 805-497-7099
Attorneys for Plaintiff/Intervenor

ERIC BELLAFRONTO, SBN 162102
Littler Mendelson
50 W. San Fernando Street
San Jose, CA 95113
408-795-3436
408-288-5686 fax
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY OMMISSION,<br><br>          Plaintiff,<br><br>ANTHONY OKON,<br>            Plaintiff/Intervenor<br><br>     v.<br><br>MAITA CHEVROLET GEO<br>          Defendant. | 2:11−CV−03133−MCE−KJN<br><br><br><br><br><br><br>STIPULATION TO INTERVENE;<br>ORDER THEREON |

WHEREFORE this action was filed by the Equal Employment Opportunity Commission asserting civil rights claims arising from the employment of Anthony Okon by defendant, Maita Chevrolet Geo; and

WHEREFORE Anthony Okon is a proper party entitled to intervene in this action and assert claims on his own behalf; and

WHEREFORE the parties have agreed to permit Anthony Okon to intervene as a plaintiff herein,

IT IS HEREBY STIPULATED AND AGREED, by the undersigned, attorneys for all parties, that Anthony Okon is granted leave to intervene as a plaintiff in this action; and

Defendant accepts service of Exhibit "A" annexed hereto, a Complaint In Intervention, as the Intervenor's complaint herein, and waive formal service of process, retaining their rights to raise all defenses to the claims asserted therein; and

Defendant's time to answer the Complaint in Intervention is extended to March 30, 2012 by consent of the parties.

Respectfully submitted,

U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
WILLIAM R. TAMAYO, Regional Attorney
DAVID F. OFFEN-BROWN, Supervisory Trial Attorney
CINDY O'HARA, Senior Trial Attorney


By:   /S/   Cindy O'Hara        Dated:  February 7, 2012
        Cindy O'Hara

Attorneys for Plaintiff U.S. Equal Employment Opportunity Commission


ALAN J. REINACH,
CHURCH STATE COUNCIL


By:   /S/  Alan J. Reinach     Dated:  February 6, 2012
        Alan J. Reinach

Attorneys for Plaintiff/Intervenor

LITTLER MENDELSON

By: :     /S/  Eric Bellafronto          Dated:  February 2, 2012
          Eric Bellafronto

Attorneys for Defendant


         IT IS SO ORDERED:


Dated:  February 17, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE