ERIC C. BELLAFRONTO, SBN 162102
BRIAN T. McMILLAN, SBN 111890
ISELA PÉREZ, Bar No. 267859
LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, California  95113.2303
Telephone:    408.998.4150
Facsimile:     408.288.5686

Attorneys for Defendant

WILLIAM R. TAMAYO, SBN 084965
JONATHAN PECK, VA SBN 12303
CINDY O'HARA, SBN 114555
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone:  415. 625.5653
Facsimile:   415.625.5657

Attorneys for Plaintiff

ALAN J. REINACH, SBN 196899
CHURCH STATE COUNCIL
2686 Townsgate Road
Westlake Village, CA 91361
Telephone:  805.413.7398
Facsimile:   805.497.7099

Attorneys for Plaintiff/Intervenor

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>ANTHONY OKON,<br>Plaintiff/Intervenor<br><br>v.<br><br>MAITA CHEVROLET GEO,<br><br>Defendant. | Case No.  2:11-CV-03133-MCE-KJN<br><br>**SECOND STIPULATION AND ORDER TO EXTEND DISCOVERY CUT-OFF**<br><br>**[Local Rule 143]**<br><br>Trial Date: January 13, 2014 |

This Stipulation is entered into by and among Plaintiff Equal Employment Opportunity Commission ("EEOC"), Intervenor Anthony Okon ("Intervenor"), and Defendant Maita Chevrolet Geo ("Defendant"), by and through their attorneys of record.

On May 21, 2012, the Court issued a Pretrial Scheduling Order establishing the deadline for non-expert discovery as March 13, 2013, and a trial date of January 13, 2014 (Dkt. No. 21). Prior to the March 13, 2012 discovery deadline the parties had exchanged written discovery, and attempted to schedule all depositions, however found this extremely difficult, despite working diligently to coordinate the calendars of the witnesses and counsel for the three parties. As a result, on February 14, 2013 the parties submitted a stipulated request to extend the discovery cutoff to April 30, 2013. On March 7, 2013, the Court granted that requested extension.

Subsequent to the stipulated request for an extension, Defendant cancelled depositions that the EEOC and Intervenor had noticed for February 21, 2013 due to childcare issues, and depositions the EEOC and Intervenor had scheduled for February 26, March 1, and March 4, 2013 due to Defendant counsel's illness. Despite the counsels' efforts, the parties have been unable to reschedule the cancelled depositions, as well as depositions subsequently noticed, prior to the April 30, 2013 discovery cutoff.

The parties therefore, through this stipulation and request, hereby request an additional extension of the discovery cutoff to June 7, 2013. To avert the scheduling difficulties previously experienced, the parties incorporate into their stipulation the following deposition discovery schedule:

May 9, 2013:  George Perez

May 10, 2013:  Anthony Okon

May 13, 2013:  David Hill

May 16, 2013:  Pastor Hightower, Loreto Okon

May 17, 2013:  Eric Brown, Eric Wilson

May 29, 2013:  FRCP 30(b)(6) deposition of Maita Chevrolet Geo, William Belliguerie

May 30, 2013:  Kevin Seppinni, Mark Knowles

May 31, 2013:  Stephen Christianson, Peter Allen

The final day for non-expert discovery will be extended to June 7, 2013.

<u>E-filing certification:</u>  I, Cindy O'Hara, as counsel for Plaintiff EEOC, certify that I have obtained the concurrence of Isela Perez as counsel for Defendant, and Alan Reinach as counsel for Plaintiff Intervenor, for the filing of this stipulation.

Dated: April 19, 2013

By: /S/ Isela Perez
ERIC C. BELLAFRONTO
ISELA PEREZ
LITTLER MENDELSON, P.C.
Attorneys for Defendant
MAITA CHEVROLET GEO

Dated: April 19, 2013

By: /S/ Cindy O'Hara
CINDY O'HARA
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Dated: April 19, 2013

By: /S/ Alan J. Reinach
ALAN J. REINACH
CHURCH STATE COUNCIL
Attorneys for Intervenor
Anthony Okon

LITTLER MENDELSON, P.C.
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

3.

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the parties' stipulation, above, is approved and adopted as the Order of this Court, and that the cut-off for non-expert discovery in the above-captioned matter shall be extended to June 7, 2013.  All other dates in the Court's Pretrial Scheduling Order are confirmed (ECF No. 21).

**IT IS SO ORDERED.**

DATE:  April 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT