ERIC C. BELLAFRONTO, SBN 162102
BRIAN T. McMILLAN, SBN 111890
ISELA PÉREZ, Bar No. 267859
LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, California 95113.2303
Telephone:    408.998.4150
Facsimile:    408.288.5686

Attorneys for Defendant

ALAN J. REINACH, SBN 196899
CHURCH STATE COUNCIL
2686 Townsgate Road
Westlake Village, CA 91361
Telephone:  805.413.7398
Facsimile:  805.497.7099

Attorneys for Plaintiff/Intervenor

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>           Plaintiff,<br><br>ANTHONY OKON,<br>           Plaintiff/Intervenor<br><br>v.<br><br>MAITA CHEVROLET GEO,<br><br>           Defendant. | Case No.  2:11-CV-03133-MCE-KJN<br><br>**JOINT STIPULATION OF DISMISSAL OF COMPLAINT-IN-INTERVENTION AND ORDER**<br><br>Trial Date: January 13, 2014 |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedures, it is hereby stipulated by and between Plaintiff/Intervenor Anthony Okon ("Intervenor") and Defendant Maita Chevrolet Geo ("Defendant"), through their attorneys of record, that the Complaint-In-Intervention filed by Intervenor in the above-captioned action be and hereby is dismissed with prejudice, each party to

bear their own fees and costs.

      I hereby attest that I have on file all holographic signatures corresponding to any sigantaure indicated by a conformed signature (/S/) within this e-filed document.

Dated: September 19, 2013

                        By:/s/ Isela Perez
                           ERIC C. BELLAFRONTO
                           ISELA PEREZ
                           LITTLER MENDELSON, P.C.
                           Attorneys for Defendant
                           MAITA CHEVROLET GEO

Dated: September 19, 2013

                        By:/s/ Alan J. Reinach
                           ALAN J. REINACH
                           CHURCH STATE COUNCIL
                           Attorneys for Intervenor
                           Anthony Okon

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

**ORDER**

Based on the stipulation of the parties pursuant to Rule 41(a), Plaintiff/Intervenor Anthony Okon's Complaint-In-Intervention and all claim asserted therein, are hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: September 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT